IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DKR CONSULTING LLC,

                Plaintiff,

v.

PINTEREST, INC.,

                Defendant.

Case No. 4:18-cv-05383-JSW

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL AND TO STAY THE CASE

For good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw as Counsel is GRANTED, effective upon the entry of appearance by substitute counsel for Plaintiff.

IT IS FURTHER ORDERED that this case be stayed for forty five (45) days to allow Plaintiff to identify substitute counsel.

IT IS FURTHER ORDERED that by no later than October 25, 2019, the parties shall file a stipulation ~~address~~ dismissal or rescheduling of the case management dates as appropriate.

DATE: August  29 , 2019
San Francisco, California

SO ORDERED

_____
Jeffrey Steven White
United States District Judge