Richard B. Vaught (SBN 112155)
RBV LAW FIRM
14440 Big Basin Way, Suite 15
Saratoga, California 95070
Telephone: (408) 275-8523
Facsimile: (408) 288-5191

Joseph J. Zito
Richard A. Castellano
Luiz Felipe Oliveira
DNL ZITO CASTELLANO
1250 Connecticut Ave, NW, Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

Attorneys for Plaintiff
DKR CONSULTING LLC

DURIE TANGRI LLP
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
VERA RANIERI (SBN 271594)
Vranieri@durietangri.com
MATTHEW W SAMUELS (SBN 294668)
msamuels@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
PINTEREST, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DKR CONSULTING LLC, | Case No. 4:18-cv-05383-JSW |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FRCP 41(a)(1)(A)ii** |
| PINTEREST, INC., | |
| Defendant. | |

Plaintiff and Defendant hereby Stipulate to the Dismissal of All Claims brought by Plaintiff against Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and to the Dismissal of All Counterclaims brought by Defendant against Plaintiff without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties have agreed that each party will bear its own costs and fees.

Dated: October 16, 2019	Respectfully submitted,

 /s/ Joseph J. Zito
Joseph J. Zito
Luiz Felipe de Oliveira
DNL Zito Castellano
1250 Connecticut Ave., suite 700
Washington, D.C., 20036
Telephone: 202-466-3500
loliveira@dnlzito.com

Attorneys for Plaintiff
DKR CONSULTING LLC

 /s/ Ryan M. Kent
RYAN M. KENT (SBN 220441)
VERA RANIERI (SBN 271594)
MATTHEW W SAMUELS (SBN 294668)
rkent@durietangri.com
vranieri@durietangri.com
msamuels@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
PINTEREST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents was served electronically on all counsel of record by operation of the Court's electronic filing system, and on DKR Consulting, LLC by e-mail to Plaintiff's principal David K. Robb's e-mail address.

DATED: October 16, 2019          Respectfully submitted,

/s/ Joseph J. Zito
Joseph J. Zito
Luiz Felipe de Oliveira
DNL Zito Castellano
1250 Connecticut Ave., suite 700
Washington, D.C., 20036
Telephone: 202-466-3500
jzito@dnlzito.com
loliveira@dnlzito.com
Attorney for Plaintiffs
DKR Consulting, LLC